UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2026

---------------------------------------------------------------x

Yossef Kahlon,

Appellant(s),

-against-

26 Civ. 7396 (CM)(GS)

Erica Itzhak,

Appellee(s),

---------------------------------------------------------------x

ORDER

McMahon, J.:

The Court has set the following briefing schedule on this Bankruptcy appeal. Appellant's brief is due October 5, 2026; Appellees' opposition brief is due November 7, 2026; Appellant's reply brief is due November 21, 2026.

SO ORDERED:

United States Senior District Judge

Dated: September 15, 2026
New York, New York