Case 1:26-cv-07396-CM Document 4 Filed 10/01/26 Page 1 of 2

BFSNG LAW GROUP LLP

Heath S. Berger
Gary C. Fischoff
Peter J. Goodman
Andrew S. Nachamie
Robert L. Pryor
Steven E. Shumer

Karen Flanzenbaum
Dana Goldstein
Gaurav Mankotia
Brad A. Schlossberg
Randi E. Taub
Jennifer M. Vilca

Senior Counsel:

Jeffrey L. Wechsler
Joel G. Wexler

Of Counsel:

Mark E. Cohen

6851 Jericho Turnpike, Suite 250
Syosset, New York 11791
Ph: 516.747.1136 | Fax: 516.747.0382

2801 Emmons Avenue, Suite 104
Brooklyn, New York 11235
Ph: 718.934.8811 | Fax: 516.740.0887

Reply to Syosset Office

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10-2-26

MEMO ENDORSED

October 1, 2026

10-2-26
OK
Colleen McMahon

**BY ECF**
Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York, NY 10007

Re: **In Re: Erica Itzhak; Yossef Kahlon v. Erica Itzhak; 1:26-cv-07396-CM**
**Joint Letter Motion for Extension of Time**

Dear Judge McMahon;

We, attorney at BFSNG Law Group, LLP, represent the Appellant Yossef Kahlon (the "Appellant") in the above-referenced bankruptcy appeal. Appellee Erica Itzhak (the "Appellee") is represented by her attorneys, Tarter Krinsky & Drogin LLP. We write jointly and respectfully to request an extension of the Court's briefing schedule.

By Order of the Court, Appellant's opening brief is currently due on October 5, 2026, Appellee's opposition brief is due on November 7, 2026, and Appellant's reply brief is due on November 21, 2026.

This request is made pursuant to the Court's Individual Rules governing requests for extensions of time.

The parties respectfully request this extension because Appellant's counsel require additional time to review the bankruptcy record, research the legal issues presented on appeal, and prepare Appellant's opening brief. In addition, the parties are engaged in ongoing discussions that may assist in narrowing or potentially resolving some or all of the issues presented on appeal. This

Case 1:26-cv-07396-CM Document 4 Filed 10/01/26 Page 2 of 2

request is made jointly, in good faith, and not for purposes of delay. The requested extension will not prejudice either party or unduly delay the resolution of this appeal.

Accordingly, the parties respectfully request that the briefing schedule be modified as follows:

- Appellant's opening brief: November 5, 2026;
- Appellee's opposition brief: December 7, 2026; and
- Appellant's reply brief: December 21, 2026.

In accordance with the Court's Individual Rules:

- The original deadlines sought to be extended are October 5, 2026, November 7, 2026, and November 21, 2026.
- This is the parties' first request for an extension of the briefing schedule.
- No previous requests for an extension of these deadlines have been made; therefore, none have been granted or denied.
- This request is joint, and Appellee consents to the requested extension.
- The requested extension affects only the briefing schedule set by the Court. No hearings, conferences, or other scheduled dates will be affected.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Heath Berger*
Heath S. Berger
Gaurav Mankotia
BFSNG Law Group, LLP
6851 Jericho Turnpike
Suite 250
Syosset, NY 11791
516-747-1136
Fax : 516-747-0382
Email: hberger@bfslawfirm.com
gmankotia@bfslawfirm.com
Attorneys for the Appellant

*/s/ Scott S. Markowitz*
Scott S. Markowitz
Tarter Krinsky & Drogin LLP
1350 Broadway, 11th Floor
New York, NY 10018
(212) 216-8000
Fax : 212-216-8001
Email: smarkowitz@tarterkrinsky.com
Attorneys for the Appellee